IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Helga V

Printed: 01/29/09

Case Number: 08 B 21831
Judge: Hollis, Pamela S
Filed: 8/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,324.00 |  |
| Secured: |  | 1,530.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,574.61 |
| Trustee Fee: |  | 219.39 |
| Other Funds: |  | 0.00 |
| Totals: | 3,324.00 | 3,324.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,874.00 | 1,574.61 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 7. | Chase Automotive Finance | Secured | 23,501.00 | 900.00 |
| 8. | GMAC Auto Financing | Secured | 11,582.00 | 630.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 15,832.57 | 0.00 |
| 10. | Ocwen Federal Bank FSB | Secured | 13,812.29 | 0.00 |
| 11. | Ocwen Loan Servicing LLC | Secured | 817.94 | 0.00 |
| 12. | Chase Automotive Finance | Unsecured | 904.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 441.74 | 0.00 |
| 14. | GMAC Auto Financing | Unsecured | 26.00 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 4,874.89 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 3,930.30 | 0.00 |
| 17. | America's Servicing Co | Secured |  | No Claim Filed |
| 18. | Citibank Federal Savings Bank | Unsecured |  | No Claim Filed |
| 19. | Washington Mutual | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 78,596.73 | $ 3,104.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 219.39 |
|  | $ 219.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Helga V | Case Number:  08 B 21831 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/29/09 | Filed:  8/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

